# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SHARITY MINISTRIES, INC.,[1]<br><br>　　　　　　　　Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 21-11001 (JTD) |

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO SHORTEN TIME FOR, AND LIMIT NOTICE OF, A HEARING ON THE UNITED STATES TRUSTEE'S MOTION FOR REMOVAL OF DEBTOR IN POSSESSION, OR ALTERNATIVELY, MOTION TO EXPAND THE DUTIES OF THE SUBCHAPTER V TRUSTEE**

Upon consideration of the U.S. Trustee's Motion to Shorten and Limit Notice, requesting entry of an order providing that the applicable notice period for the *United States Trustee's Motion For Removal Of Debtor In Possession, Or Alternatively, Motion To Expand The Duties Of The Subchapter V Trustee* be shortened pursuant to Local Rule 9006-1(e) and authority to limit notice thereon; and this Court having determined that granting the relief requested in the Motion to Shorten and Limit Notice is appropriate; and it appearing that notice of the Motion to Shorten and Limit Notice has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED** that

1.　　The Motion to Shorten and Limit Notice is granted as set forth therein.

---

[1] The last four digits of the Debtor's federal tax identification number is 0344. The Debtor's mailing address is 821 Atlanta Street, Suite 124, Roswell, GA 30075.

2. The Debtor's Claims and Noticing Agent is required to serve the Notice of Motion and Motion on electronic mail addresses of the Members pursuant to Local Bankruptcy Rule 2002-1(f)(i)(e), (g).

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

**Dated: July 22nd, 2021**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**