# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 (Subchapter V) |
| SHARITY MINISTRIES, INC.,[1] | ) Case No. 21-11001 (JTD) |
| Debtor. | ) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

*PLEASE TAKE NOTICE* that the attorney set forth below hereby appears as counsel for the Commonwealth of Massachusetts, by and through the Office of Attorney General Maura Healey, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned requests that the following name be added to any service list in this case and that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon:

Eric Gold
Assistant Attorney General
Health Care Division
Massachusetts Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1598
Eric.Gold@mass.gov
Phone: (617) 963-2663  Fax: (617) 573-5386

*PLEASE TAKE FURTHER NOTICE* that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or

---

[1] The last four digits of the Debtor's federal tax identification number are 0344. The Debtor's mailing address is 821 Atlanta Street, Suite 124, Roswell, GA 30075.

demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim any interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated:  July 30, 2021                                  COMMONWEALTH OF MASSACHUSETTS

                                                      MAURA HEALEY
                                                     ATTORNEY GENERAL

/s/ Eric Gold
Eric Gold
Massachusetts BBO # 660393
Assistant Attorney General
Health Care Division
Office of Attorney General Maura Healey
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
Eric.Gold@mass.gov

### Certificate of Service

I, Eric Gold, hereby certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on July 30, 2021.

/s/ Eric Gold
Eric Gold
Assistant Attorney General