**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re: Sharity Ministries, Inc.          Chapter 11

Case No. 21 - 11001 ( JTD )


**GOVERNMENT ATTORNEY CERTIFICATION**

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the Commonwealth of Massachusetts

in this action:  I am admitted to practice law in __(court(s))

MA, IL, and NY; D. Mass., S.D.N.Y., E.D.N.Y., and N. D. Ill.; U.S.C.A. for 1st Cir. and 10th Cir.

I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

Massachusetts Office of the Attorney General

Agency/Organization

Name:      Eric Gold

Address:   Health Care Division

One Ashburton Place Boston, MA 02108

Phone:     617-963-2663

Email:     eric.gold@mass.gov


Local Form 105A