**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| SHARITY MINISTRIES, INC.,[1] | Case No. 21-11001 (JTD) |
| Debtor. |  |

**STATEMENT OF THE COMMONWEALTH OF MASSACHUSETTS IN SUPPORT OF THE UNITED STATES TRUSTEE'S MOTION TO REMOVE THE DEBTOR IN POSSESSION PURSUANT TO 11 U.S.C. § 1185, OR ALTERNATIVELY, TO AUTHORIZE THE SUBCHAPTER V TRUSTEE TO INVESTIGATE THE DEBTOR'S FINANCIAL AFFAIRS PURSUANT TO 11 U.S.C. § 1183 [Docket No. 68]**

The Commonwealth of Massachusetts, by and through the Office of Attorney General Maura Healey, submits this Statement in support of the United States Trustee's Motion to Remove the Debtor in Possession Pursuant to 11 U.S.C. § 1185, or Alternatively, Motion to Authorize the Subchapter V Trustee to Investigate the Debtor's Financial Affairs Pursuant to 11 U.S.C. § 1183 [Docket No. 68] (the "Motion") and respectfully states as follows:

1. The Office of the Massachusetts Attorney General ("AGO") has been conducting a civil investigation into the Aliera Companies, Inc. ("Aliera"), based on serious concerns that Aliera and its affiliates, including the Debtor, have deceptively marketed and sold non-insurance health plans to Massachusetts residents in violation of the Massachusetts Consumer Protection Act, Mass. Gen. Laws. c. 93A.  The AGO has received complaints from Massachusetts residents who have been victims of these misleading and deceptive practices.  The Massachusetts Division

---

[1] The last four digits of the Debtor's federal tax identification number are 0344.  The Debtor's mailing address is 821 Atlanta Street, Suite 124, Roswell, GA 30075.

of Insurance has also issued an advisory to Massachusetts consumers warning that Aliera may have been "operating illegally in Massachusetts."[2]

2.   The AGO, on behalf of the Commonwealth of Massachusetts, seeks to ensure that the interests of Massachusetts residents who are victims of Aliera's and the Debtor's deception are protected in this case. The Commonwealth also agrees with the U.S. Trustee that the Debtor has failed to show appropriate care for and obligation to its Members. <u>See</u> Motion at 11. Appointment of an independent trustee to oversee this case is necessary for the benefit of the Debtor's Members and other creditors and to ensure the best course for the Debtor's liquidation.

## CONCLUSION

For these reasons, the Court should grant the U.S. Trustee's Motion and remove the Debtor in Possession pursuant to 11 U.S.C. § 1185(a).

Dated: July 30, 2021                         COMMONWEALTH OF MASSACHUSETTS

MAURA HEALEY
ATTORNEY GENERAL

/s/ Eric Gold
Eric Gold
Massachusetts BBO # 660393
Assistant Attorney General
Health Care Division
Office of Attorney General Maura Healey
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
Eric.Gold@mass.gov

---

[2] Division of Insurance, Commonwealth of Massachusetts, <u>Division of Insurance Warns Against Unlicensed Health Insurance Plans</u> (June 12, 2019), https://www.mass.gov/news/division-of-insurance-warns-against-unlicensed-health-insurance-plans.

**Certificate of Service**

      I, Eric Gold, hereby certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on July 30, 2021.

                                        /s/ Eric Gold
                                        Eric Gold
                                        Assistant Attorney General