# EXHIBIT D

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 (Subchapter V) |
| SHARITY MINISTRIES, INC.,[1] | ) Case No. 21-11001 (JTD) |
| Debtor. | ) |

## AFFIDAVIT OF TISHA SAVANNAH

Before me, the undersigned authority, personally appeared Tisha Savannah who, being by me duly sworn, deposed as follows:

"My name is Tisha Savannah I am over the age of eighteen, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am employed with the Texas Attorney General's Office. My current position is that of Legal Assistant.

On July 28, 2021, I visited the following website and looked up cause number D-1-GN-19-003388:

https://www.traviscountytx.gov/district-clerk/online-case-information

The attached document is a true and correct copy of the "Details" page for cause number D-1-GN-19-003388, including the names of the attorneys and clients in this cause.

Further on July 29, 2021, I visited the following website and found Thomas A. Donaho's profile on the Baker Hostetler website, and a true and correct copy is attached.

   https://www.bakerlaw.com/ThomasADonaho

Further, Affiant sayeth naught."

DocuSigned by:
*Tisha Savannah*
E12304D54712485...
_____
Tisha Savannah

---

[1] The last four digits of the Debtor's federal tax identification number is 0344. The Debtor's mailing address is 821 Atlanta Street, Suite 124, Roswell, GA 30075.

AFFIDAVIT OF TISHA SAVANNAH                                                                                                      PAGE 1

SWORN TO AND SUBSCRIBED before me on the _29th_ day of _July_____ 2021.

*Jennifer Kimball*
—————————————————————
Notary Public, State of Texas

**JENNIFER KIMBALL**
Notary ID 125272685
My Commission Expires 4/25/2025

Notary w/o Bond

Austin-Travis County is in Stage 4. View the latest COVID-19 information

## DISTRICT CLERK

About

Administrative Orders

Attorney Access to Records Online

Contact Information

E-Filing

Information & Resources

Jury Duty

Online Case Information

Online Payment

Passport Information

Records Request Form

## IMPORTANT NEWS



### COVID-19 Information



### New or revised standing orders



### Termination/Adoption cases

Feedback



[Civil Court Fees and Fines](#)

You are here: **Home** ▸ **District Clerk** ▸ Online Case Information

# Online Case Information

## Loading Online Case Information...

### Details

Updated : Wednesday, July 28, 2021 4:35:24 AM

New Search (/OnlineCaseInformationWeb/)    Request Documents (https://www.traviscountytx.gov/district-clerk/records-request)

| | |
|---|---|
| Cause Number | D-1-GN-19-003388 |
| Case Status | CS PN-BNKRPTCY |
| Style | STATE OF TEXAS V. ALIERA HEALT |
| Filed Date | 6/13/2019 |
| Hearing Date | August 25, 2021 02:00 PM |

| Attorney | Type | Full/Business Name | First Name | Middle Name | Last Name |
|---|---|---|---|---|---|
| DONAHO THOMAS ANDREW | DEFENDANT | | WILLIAM | H | THEAD |
| ARAVIND SANTOSH | DEFENDANT | | CHASE | | MOSES |
| NICHOLS ERIC J.R. | DEFENDANT | | TIMOTHY | CANDACE | MOSES |
| ARAVIND SANTOSH | DEFENDANT | | SHELLEY | STEELE | MOSES |
| DONAHO THOMAS ANDREW | DEFENDANT | SHARITY MINISTRIES INC | | | |
| GONZALES ALEXANDER J. | DEFENDANT | ALIERA HEALTHCARE INC | | | |
| OLESON AIMEE COOK | DEFENDANT | ALIERA HEALTHCARE INC | | | |
| CELLA CHRISTINA | PLAINTIFF | STATE OF TEXAS | | | |
| HUNKER KATHLEEN THERESA | PLAINTIFF | STATE OF TEXAS | | | |
| MATHER H. MELISSA | PLAINTIFF | STATE OF TEXAS | | | |
| SWEETEN PATRICK KINNEY | PLAINTIFF | STATE OF TEXAS | | | |
| WOLLENZIEN LUCAS HEMENWAY | PLAINTIFF | STATE OF TEXAS | | | |

| Event Date | Party Type | Description |
|---|---|---|
| 7/20/2021 | PL | MTN:MOTION |



**TAX RATE:** TRAVIS COUNTY ADOPTED A TAX RATE THAT WILL RAISE MORE TAXES FOR MAINTENANCE AND OPERATIONS THAN LAST YEAR'S TAX RATE. THE TAX RATE WILL EFFECTIVELY BE RAISED BY 3.6 PERCENT AND WILL RAISE TAXES FOR MAINTENANCE AND OPERATIONS ON A $100,000 HOME BY APPROXIMATELY $11.00.



Disclaimers

Privacy Policy

Transparency

Press and Media Inquiries

Give Website Feedback

Employees

Retirees

    

© 2021 Travis County. All Rights Reserved.

Feedback

# BakerHostetler

## Thomas A. Donaho
### Partner

**Houston**
T +1.713.276.1668
F +1.713.751.1717

tdonaho@bakerlaw.com



## Overview

Tom Donaho focuses his practice on complex commercial and business litigation. He has experience representing clients in a wide range of contract matters, business torts and real estate disputes. A powerful advocate for his clients in the courtroom, Tom has developed a reputation for efficiently and effectively handling complex litigation disputes.

Tom also has specific experience advising and assisting clients in the energy industry with respect to contractual risk management. He often works with energy companies to develop contracts that serve risk allocation needs through indemnity and insurance protections. He has extensive experience navigating oilfield anti-indemnity statutes across the country, including the Texas Oilfield Anti-Indemnity Act, and regularly gives CLE presentations on the topic.

## Experience

- Member of trial team that obtained a unanimous jury verdict after a six-week trial with actual damages of $72 million. The client, Plaintiff, is a publicly-traded company that filed suit against former executives for breach of fiduciary duty, fraud, and conspiracy. The executives' scheme involved kickbacks in domestic and international transactions as well as numerous efforts to conceal their behavior from compliance and audit.
- Represented an oilfield services company in commercial litigation concerning alleged equipment failure and damages resulting therefrom.
- Represented heavy-truck manufacturer in contract dispute with foreign supplier concerning delivery failures.
- Assisted a heavy equipment manufacturer in defending against strict liability and negligence claims.
- Represented an exploration and production company in arbitrations involving damage to offshore platforms.
- Represented an equipment manufacturer in collecting unpaid and/or overdue bills owed.
- Represented a commercial equipment manufacturer in a dispute concerning alleged equipment failure and economic loss resulting therefrom.
- Counseled an oil and gas client in connection with Chapter 11 bankruptcy proceedings. Representation included an investigation concerning preference actions, secured claims and adversary proceedings.
- Regularly represents contractors and operators alike with respect to contract risk management, well blowouts, onshore and offshore drilling, drafting of commercial oilfield service agreements, joint operating agreements, catastrophic personal injury, exploration, completion, insurance disputes, and bankruptcy.

### Indemnity and Contractual Risk Management Experience

- Served as indemnity counsel to oilfield exploration and production company in connection with indemnity demands arising from FLSA dispute.
- Assisted oilfield operator in navigating series of indemnity demands arising from personal injury actions, property damage actions, and regulatory agency investigations.
- Represented an oilfield services company in a contract dispute concerning indemnity obligations specified in an equipment supplier agreement.
- Advised insurance carrier on application of Texas anti-indemnity acts to contractual indemnity provisions.
- Represented oilfield service company in litigation over contractual indemnity obligations following personal injury lawsuit.
- Routinely assists clients in evaluating and responding to indemnity demands.
- Retained to train insurance carrier's underwriters on how to evaluate potential risk arising from contractual indemnity agreements in the energy industry.
- Regularly assists clients in restructuring indemnity provisions in their Master Service Agreements to serve risk allocation needs.

- Drafted oilfield indemnity handbook utilized by practitioners throughout the industry.

## News

- 12/10/2012
  Madoff Recovery Initiative Marks Fourth Anniversary … Moves into Fifth Year Still Building Recovery Momentum
- 1/5/2012
  *The Wall Street Journal* showcases BakerHostetler and the "unprecedented magnitude" of the global recovery efforts in article "The Madoff Liquidation, Three Years Later"
- 10/4/2011
  Press Release: Initial Interim Distribution of Recovered Funds to Madoff Claims Holders

## Press Releases

- 1/4/2021
  BakerHostetler Elevates 22 Attorneys to Firm Partnership

## Alerts

- 4/7/2020
  Preparing for COVID-19 Contract Litigation
- 3/31/2020
  Energy Contracts: In-House Counsel, *Force Majeure*, and the COVID-19 Pandemic
- 2/25/2020
  Protecting Your Mutual Indemnity Provision from The New Mexico Oilfield Anti-Indemnity Act

## Articles

- 4/13/2020
  Tom Donaho Article Discusses Protecting Mutual Indemnity Provisions

## Community

- City of Spring Valley Village (Elected to City Council in 2017)
- Duke University Young Alumni Development Council

## Pro Bono

- Estate planning
- Ad Valorem Tax Disputes

## Services

- Commercial Litigation
- Product Liability and Toxic Tort

## Industries

- Energy Industry

## Prior Positions

- Harris County District Attorney's Office: Intern (2010)

## Admissions

- U.S. District Court, Northern District of Texas, 2013
- U.S. District Court, Southern District of Texas, 2012
- Texas

## Education

- J.D., The University of Texas School of Law, 2011; Editorial Board, *The Review of Litigation*
- A.B., Political Science, Duke University, 2008