# EXHIBIT F

SHARE:

[Join Our Email List](#)



July 12, 2021

Greetings!

As you may be aware, regulatory actions in several states, including yours, have made it increasingly difficult for Sharity Ministries to operate in certain states. Even in instances where we are no longer permitted to actively market our programs to residents or register new members, we have strived to maintain the level of service you expect.

However, due to these regulatory constraints, and our inability to actively register new members, we unfortunately cannot continue to operate in your state.

This means that, as of July 7, 2021, we are no longer able to accept new share requests within your state.

**What options do I have?**

We have coordinated with two of the oldest, largest, and most respected Health Care Sharing Ministries in the country—Christian Healthcare Ministries (CHM) and Samaritan Ministries—and both organizations have agreed to consider applications for membership into their sharing ministries.

CHM has provided a link [HERE](https://info.chministries.org/whychm?hs_preview=hLVQWktU-49888060071) *(https://info.chministries.org/whychm?hs_preview=hLVQWktU-49888060071)* allowing you to gather more information about the ministry's programs and/or apply if you choose to do so.

Samaritan has provided a link [HERE](https://samaritanministries.org/) *(https://samaritanministries.org/)* allowing you to gather more information about the ministry's programs and/or apply if you choose to do so.

Alternatively, you might consider a more traditional health insurance arrangement through the Affordable Care Act (ACA), because the Federal Open Enrollment has been extended through August 15, 2021. For more information about ACA plans, coverage and benefits, you may visit [www.healthcare.org](http://www.healthcare.org)

We will miss having you in the Sharity Ministries community. Please pray for the ministry as we continue to pray for you and as we aspire for a stronger organization.

Sincerely,

Joe Guarino

President

# Frequently Asked Questions

**1. Will I have any benefits or the ability to make share requests?**

No.

Unfortunately, as of July 7, 2021, we are unable to continue to service or support members in your state. This means that you are no longer able to submit share requests.

**2. Why?**

As you may be aware, regulatory actions in several states, including yours, have made it increasingly difficult for Sharity Ministries to operate. Even in instances where we are no longer permitted to actively market our programs to residents or register new members, we have strived to maintain the level of service you expect.

However, due to these regulatory constraints, and our inability to actively register new members in those jurisdictions, we cannot continue to operate in your state.

**3. Do I need to do anything?**

No.

You are not required to do anything. Your membership status will be inactivated and no longer valid.

**4. Can you help me find comparable healthcare coverage?**

Yes.

We have coordinated with Christian Healthcare Ministries (CHM) and Samaritan Ministries. Both organizations have agreed to consider applications for membership into their sharing ministries.

CHM has provided a link HERE (tps://info.chministries.org/whychm?hs_preview=hLVQWktU-49888060071) allowing you to gather more information about the ministry's programs and/or apply if you choose to do so.

Samaritan has provided a link HERE (https://samaritanministries.org/) allowing you to gather more information about the ministry's programs and/or apply if you choose to do so.

Alternatively, you might consider a more traditional health insurance arrangement through the Affordable Care Act (ACA), because the Federal Open Enrollment has been extended through August 15, 2021. For more information about ACA plans, coverage, and benefits, you can visit www.healthcare.org.