# EXHIBIT G



# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Complaint Number : CGS-292158                                    Received Date: July 20, 2021

## CONSUMER INFORMATION

**Primary Consumer:**                                          **Consumer Address:**

**Secondary Consumers:**

United States

**Consumer Contact Person:**                                   **Consumer Contact Information:**
Home:

## RESPONDENT INFORMATION

**Primary Respondent:**                                        **Respondent Address:**
Sharity Ministries                                             PO Box 28195
                                                               Atlanta, GA 30358
**Secondary Respondents:**                                     Not in Texas County
                                                               United States

**Respondent Contact Person:**                                 **Respondent Contact Information:**
Aliera Healthcare

Email: info@sharityministries.org

## COMPLAINT SUMMARY

Aliera/Sharity Ministries/ Trinity Healthcare has collected $700 a month for 31 months ($21,700) for healthcare and is not paying our doctors bills.  We recieved notification that they will no longer cover our family or accept any more health claims as of July 7, 2021 but still charged our account for $700 on July 19th, 2021. We now have seen that they filed for bankruptcy protection on July 8, 2021 in Deleware.

## COMPLAINT DETAILS

**First contact with business:** Other
**Other:** Received a recommendation from our Doctors office as a private insurance company
**Solicitation in other language:**

**Transaction Place:**
**Other:**
**Contract Signed:** Yes



# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Complaint Number : CGS-292158                                   Received Date: July 20, 2021

**Amount Requested:** $700.00
**Amount Paid:** $700.00
**Method of Payment:** DEBIT
**Payment Subtype:** Bank Account Debit
**Date of Payment:** July 19, 2021

**Complained to Business:** Yes
**Date of Complaint:** April 1, 2021
**Business Response:** They said that they were working to process the doctor's bills and to be patient with them. Now we know they were going to go out of business the whole time and apparently multiple people have filed class action lawsuits against them and the California Attorney General has flagged them.

**Contacted Another Agency or Private Attorney:** No
**Name and Address of Agency:**
**Action Taken by Attorney:**

**COMPLAINT INFORMATION**

---

**CGS Analyst:** ▇▇▇▇▇▇▇▇▇▇
**CPD Region:** Dallas
**Complaint Source:** Web