# EXHIBIT A

# MEMBER SUMMARY

Sharity Ministries, Inc. ("Sharity") has filed for bankruptcy in the Bankruptcy Court in Delaware. Sharity was originally named "Trinity Healthshare, Inc." ("Trinity") but its name was changed to Sharity. Sharity and Trinity are the same company.

You are getting these papers because you are listed as a current or former member of Sharity or Trinity.

For purposes of the bankruptcy, you will be treated as having a claim for the greater of all monthly payments you made or medical claims you submitted but which were not paid, according to Sharity's records. You do not need to do anything to have a claim for this amount. As described below, you have the right to correct the amount shown by filing an additional claim. If you already filed a proof of claim in the bankruptcy, your claim will be the amount you listed in the proof of claim, unless it is objected to.

This summary provides information on the "Plan" for handling the claims against Sharity and how your claim will be treated if the Bankruptcy Court approves the "Plan."

**Please read this summary of the Plan and the process for approving it.**

**STEPS TO CONFIRMATION OF THE PLAN:**

- Sharity's Combined Disclosure Statement and Chapter 11 Plan of Liquidation (the "Plan") was filed with the Bankruptcy Court and has been provided to Members along with a ballot for Members to accept or reject the Plan.

- Members may vote on whether to accept or reject the Plan. YOUR VOTE IS IMPORTANT. Please submit your vote by November 22, 2021, at 5:00 p.m. prevailing Eastern Time.

- The Bankruptcy Court will hold a hearing after the vote to determine whether to approve or reject the Plan or to make changes to it.

- If the Plan is confirmed by the Bankruptcy Court, Sharity will be liquidated and its assets will be transferred to a special "Liquidating Trust" set up to pursue claims on behalf of Members against any person or entity responsible for their losses. The Liquidating Trust will be controlled by a Liquidating Trustee with oversight by a Liquidating Trust Committee made up of Members and operated for the benefit of Members. The Liquidating Trust Committee will most likely be the people who make up the current Members Committee, which is five Sharity Members selected by the U.S. Trustee to represent the interests of Members in this bankruptcy. There will also be a governmental representative who will act on behalf of state governments.

- Your claim for compensation is already submitted and the amount is provided on your ballot. The amount is either the total unpaid medical expenses submitted in claims to

Sharity or the total monthly payments you made, whichever is greater. The amount was calculated based on Sharity's records which may not be accurate. If you already filed a proof of claim in the bankruptcy, your claim will be the amount you listed in the proof of claim.

- **You have until January 4, 2022 to submit additional claims for compensation or to dispute your claim information. You can find instructions on how to submit an additional claim or other information at** www.bmcgroup.com/sharity.

- You may submit an additional claim even if you do not vote on the Plan or voted to reject the Plan.

- If the Plan is not confirmed by the Bankruptcy Court, another plan must be confirmed or there must be another resolution of Sharity's chapter 11 case before any payments can be made. It is also possible that if the Plan is not confirmed by the Bankruptcy Court, the case will be converted to a liquidation under Chapter 7 of the Bankruptcy Code and run by a court-appointed trustee, or it could be dismissed. Members would not have the opportunity to vote on a plan if either of those things happens.

**YOUR VOTE COUNTS**: You have the right to vote to accept or reject the Plan if you were or are a member of Sharity (previously known as Trinity). **Ballots must be RECEIVED by November 22, 2021, at 5:00 p.m. prevailing Eastern Time,** in order to be counted.

**HOW TO VOTE:** You can vote by submitting an electronic ballot or by mailing your ballot. You should have received a ballot with instructions on how you can vote. The ballot will contain information regarding the amount of your specific claim for compensation. If you did not receive a ballot or if you have any questions regarding the Plan or voting, please contact the Debtor's Solicitation Agent, BMC Group, via one of the following methods:

BMC Group Inc.
Telephone: 1-888-909-0100
Website: www.bmcgroup.com/sharity
Email: sharity@bmcgroup.com

**LIQUIDATING TRUST:** The Plan creates a Trust for the benefit of Members to hold all of the assets (money and legal claims) held by Sharity. The Trust is expected to start with approximately $1 million plus Sharity's possible lawsuits against third parties, including the Aliera Companies, its related companies and its insiders. The Trust will be able to bring lawsuits to recover money. Any money recovered will be for the benefit of Members.

**TIMING:** The hearing to approve the Plan will be held on December 2, 2021 at 1:00 p.m. prevailing Eastern Time.

**CLAIMS**: The deadline for filing additional claims for compensation is January 4, 2022. You may file a claim at this website: www.bmcgroup.com/sharity.

If you made a monthly payment to Sharity after July 8, 2021, and the Plan is approved by the Court, the Liquidating Trustee will refund those claims within 30 days after the Plan becomes effective.

If you file any other claim, such as a claim for uncovered medical expenses, or a refund of monthly payments on or before July 8, 2021, then the Liquidating Trustee will process and pay those claims according to the Plan only if and when enough money is recovered through the lawsuits to pay the claims. The amount and timing of any such payment is not known, and depends on whether the Liquidating Trustee is successful in pursuing the legal claims of Sharity for the Members' benefit.

**PLEASE VOTE.**

# FREQUENTLY ASKED QUESTIONS FOR MEMBERS

## 1. Do I need to file a claim to receive compensation under the Plan?

No, your claim for compensation is already submitted and the amount is provided on your ballot. You can also go to www.bmcgroup.com/sharity and follow the instructions to see your claim. The amount of your claim is the greater of the total unpaid medical expenses submitted in claims to Sharity or the total monthly payments you made, unless you filed a proof of claim, in which case the amount of your claim is what you listed in the proof of claim. If you think the claim information on the website is incorrect and wish to dispute it or wish to file an additional claim for compensation you must file a claim by **January 4, 2022**. You can find instructions on how to submit an additional claim and other information at www.bmcgroup.com/sharity.

## 2. Under the Plan, how will my claims be paid?

The Plan will establish a trust fund to pay member claims. This trust fund is called the Liquidating Trust.

Members that made monthly payments to Sharity after July 8, 2021 will be paid 100% of the amount you paid after that date within 30 days of the Plan becoming effective.

Other claims will not be paid until there is enough money recovered from lawsuits that the Liquidating Trust will file.

## 3. Does the Bankruptcy Court need to approve Sharity's Plan?

Yes. The Bankruptcy Court will decide whether to approve the Plan at a hearing on December 2, 2021.

## 4. Do members get to vote on whether the Bankruptcy Court should approve or not approve the Plan?

Yes, all members may vote on whether they accept or reject the Plan based upon their claims. Members will be divided into two Classes for voting purposes, called Class 3 and Class 4 under the Plan. Class 3 is made up of all Sharity Members who submitted a monthly payment after July 8, 2021, the date Sharity filed for bankruptcy. Class 4 is made up of all other claims by Member and claims of other unsecured creditors.

## 5. Do I vote twice if I have two claims, one in Class 3 and one in Class 4?

Yes, Members who have two claims, one in Class 3 and one in Class 4, may cast a ballot to accept or reject the Plan in each class.

## 6. How do I vote?

You may submit your ballot online or by mail, as provided in the instructions.

**7. How many Classes must vote in favor of the Plan for the Plan to be Confirmed?**

At least one Class must vote to accept the plan in order for it to be approved. For a Class to accept the Plan, at least 50% of the claims voted and 66 and 2/3% of the amounts voted in that Class must vote to accept the Plan.

**8. If no Class accepts the Plan, can the Bankruptcy Court still approve the Plan?**

No, if no Classes vote to accept the Plan, a new Plan would have to be submitted or the case would not proceed in Chapter 11 bankruptcy.

**9. If the Plan is Approved, Who will run the Liquidating Trust?**

The Liquidating Trust will be run by an individual known as a Liquidating Trustee. The Members Committee will identify a Liquidating Trustee, which will be posted on the BMC website as part of a "Plan Supplement" by November 8, 2021. If those parties cannot agree on a Liquidating Trustee, the Bankruptcy Court will appoint one at or shortly after the confirmation hearing.

**10. What claims will be paid from the Liquidating Trust?**

All valid, approved Claims (called "allowed claims" in the Bankruptcy Code) filed by Members, including claims for uncovered medical expenses, refunds of monthly payments, and all amounts paid to Sharity after July 8, 2021, will be paid from the Liquidating Trust. Those claims are categorized in Classes 3 and 4 in the Plan.

Member claims in Class 3 are only for monthly payments made to Sharity after July 8, 2021, for which the member will receive a full payment of the amount you paid after that date within 30 days after the Plan becomes effective.

Member claims in Class 4 will be paid if, and when, there is a recovery (money) from lawsuits brought by the Liquidating Trustee. There is no guarantee that money will become available to pay Claims in Class 4, however, and if money does become available, there is no way of knowing how much it will be or how much the Members will actually receive. It is most likely that Members will receive only a percentage of their claims, although the size of the percentage will also be unknown until everything is collected and the Liquidating Trust figures how much there is in Claims and how much money there is to pay them after deducting the expense of conducting the process.

**11. What is my Unpaid Medical Claims Amount?**

Sharity has a database of all Unpaid Medical Claims. Members can use this database to establish their claim. Members should follow the instructions in their ballot to see what Sharity calculated the Unpaid Medical Claims to be for that Member. If you disagree with the calculation of your Unpaid Medical Claim or wish to file a claim against Sharity for other medical expenses or some other reason, you should submit a proof of claim by following the instructions on BMC's website (www.bmcgroup.com/sharity) **by no later than January 4, 2022.**

**12. How will the Liquidating Trust be funded?**

The Liquidating Trust will be funded initially with what is expected to be approximately $1 million in cash on the official date that the Plan is approved. The Liquidating Trust will also own the right to bring lawsuits on behalf of Sharity. The Trust will receive any money obtained from the lawsuits, and use that money to pay Members' Claims.

**13. What does the Liquidating Trustee do?**

The Liquidating Trustee will run the Liquidating Trust. This means the Liquidating Trustee, with help from legal and financial professionals, will determine the amount of Members' claims, pay them, manage the money in the Liquidating Trust and make sure that all members are treated fairly.

The Liquidating Trustee will be overseen by the Liquidating Trust Committee, which will be made up of five Members of Sharity selected by the U.S. Trustee to represent the Members' interests and a governmental representative.

**14. What if I have more questions?**

If you have any questions regarding the Plan or voting, please contact Sharity's Solicitation Agent, BMC Group, via one of the following methods. Additional information will also be posted to Sharity's website, SharityMinistries.org.

BMC Group Inc.
Telephone: 1-888-909-0100
Website: www.bmcgroup.com/sharity
Email: sharity@bmcgroup.com

If you have general questions about the Sharity Bankruptcy, you may contact the lawyers for the Members Committee:

Sirianni Youtz Spoonemore Hamburger PLLC
Mehri & Skalet
Telephone: 1-206-223-0303
Website: http://www.symslaw.com/
Email: Sharitymemberscommittee@sylaw.com

**15. How Do I Obtain Health Insurance?**

If you or your family need health coverage, please visit https://www.healthcare.gov/marketplace-in-your-state/ to find information regarding affordable, comprehensive health coverage available in your state. Open enrollment begins on November 1st. Open enrollment periods may close soon, and vary depending on your state, so it is important to review the information and seek coverage promptly.