# **EXHIBIT B**

**Sharity Ministries**
**Liquidation Analysis**
($ in Thousands)

***For Discussion Purposes Only***
***Subject to Ongoing Review and Material Revision***

**Liquidation Analysis - Chapter 7 Liquidation Compared to Chapter 11 Plan of Liquidation**

| *Amounts in $000s* | | | Chapter 7 Liquidation | | | | Chapter 11 Plan of Liquidation | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Notes | Estimated Balance | Realization Percentage Low | Realization Percentage High | Liquidation Value Low | Liquidation Value High | Realization Percentage Low | Realization Percentage High | Liquidation Value Low | Liquidation Value High |
| **Table I: Assets Available For Distribution** | | | | | | | | | | |
| Estimated Cash and Cash Equivalents - Operating Account | a | $ 841 | 100% | 100% | $ 841 | $ 841 | 100% | 100% | $ 841 | $ 841 |
| Estimated Cash and Cash Equivalents - Monies Received on Post-Petition Member Contributions | b | $ 1,174 | 100% | 100% | $ 1,174 | $ 1,174 | 100% | 100% | 1,174 | 1,174 |
| Estimated Cash and Cash Equivalents - Monies Residing in Sharebox Funding Account | c | $ 779 | 100% | 100% | 779 | 779 | 100% | 100% | 779 | 779 |
| Cash Deposits | d | 331 | 0% | 0% | - | - | 10% | 100% | 33 | 331 |
| Due from Aliera | e | 23,654 | 10% | 100% | 2,365 | 23,654 | 10% | 100% | 2,365 | 23,654 |
| Licenses; Intangibles; Other Assets | f | - | NA | NA | - | - | NA | NA | - | - |
| **Total Assets and Net Proceeds Available For Distribution** | | **$ 26,779** | **19%** | **99%** | **$ 5,159** | **$ 26,448** | **19%** | **100%** | **$ 5,192** | **$ 26,779** |
| **Table II: Estimated Wind Down Expenses** | | | | | | | | | | |
| Wind Down Expenses | g | | | | $ 450 | $ 450 | | | $ - | $ - |
| Chapter 7 Trustee Professional Fees | h | | | | 800 | 300 | | | - | - |
| Chapter 11 Liquidating Trust Professional Fees | h | | | | - | - | | | 800 | 300 |
| Chapter 7 Trustee Fees (3% of Proceeds) | i | | | | 155 | 793 | | | - | - |
| **Total Wind Down Expenses** | | | | | **$ 1,405** | **$ 1,543** | | | **$ 800** | **$ 300** |
| **Net Proceeds Available After Wind Down Expenses** | | | | | **$ 3,754** | **$ 24,904** | | | **$ 4,392** | **$ 26,479** |
| | Notes | Preliminary Balance | Recovery Percentage Low | Recovery Percentage High | Recovery Value Low | Recovery Value High | Recovery Percentage Low | Recovery Percentage High | Recovery Value Low | Recovery Value High |
| **Table III: Estimated Creditor Recoveries** | | | | | | | | | | |
| Class 1: Miscellaneous Secured Claims (Unimpaired) | | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Class 2: Priority Non-Tax Claims (Unimpaired) | | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Class 3: Member Claims for Post-July 8, 2021 Monthly Payments (Impaired) | | 1,174 | 100.00% | 100.00% | $ 1,174 | $ 1,174 | 100.00% | 100.00% | $ 1,174 | $ 1,174 |
| Class 4: Members Claims and General Unsecured Claims (Impaired) | j | TBD | TBD | TBD | 2,581 | 23,731 | TBD | TBD | 3,219 | 25,305 |
| Class 5: Governmental Fines and Penalty Claims (Impaired) | j | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| Class 6: Section 510(c) Claims (Fully Extinguished and Discharged) | | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |

***Notes:***

a Estimated operating cash balance tested at the effective date subject to continued updating and refinement; assumes professional fee retainers of Baker Hostetler and SOLIC Capital Advisors are applied. Does not include segregated funds currently held in separate bank accounts at Regions Banks. Includes wind-down expenses for professional fees.

b Cash reserve balance for refunds to members who made monthly contributions subsequent to the filing date.

c Static cash reserve balance for bank account that was used for funding share requests.

d Estimated cash deposits held by attorneys outside of Baker Hostetler and includes other prepaid amounts, primarily a MedWatch advanced payment amount of $316k.

e Represents monies due from Aliera Companies and its affiliates to the estate; subject to ongoing analysis to determine amounts Due from Aliera. Estimate is hypothetical for illustrative purposes only using the reported unaudited balance sheet from the general ledger provided by the Aliera Companies as of 12/31/2020. Includes estimated TSYS credit card processor withholdings. These amounts do not include the value of any claims from causes of action or claims against Aliera outside of current amounts owing by Aliera.

f No value assigned in the financial statements to the estate's intangible assets (domain names, mailing lists, trademark, etc.). Estimated at de minimus value for purpose of analysis.

g Incremental wind-down costs for liquidation approximated at an incremental 12 weeks applying application of CRO services at 75% of current run-rate (shown as $37.5k per week). Base wind-down expenses for CRO services are already reflected as a deduct in the cash balance per footnote (a) above.

h Estimate.

i Chapter 7 Trustee Commission is calculated in accordance with 11 U.S.C. section 326(a).

j Claims amounts uncertain in light of the General Bar Date extended to January 4, 2022. Recoveries are before any contingency fees due to counsel representing the Chapter 7 Trustee or the Liquidating Trustee.