# **EXHIBIT C**

**EXECUTORY CONTRACTS AND UNEXPIRED LEASE**

| CONTRACT/LEASE COUNTERPARTY | COUNTERPARTY ADDRESS | CONTRACT/LEASE DESCRIPTION | STATUS |
|---|---|---|---|
| A. Joseph Guarino III | A. Joseph Guarino III<br>4917 Farm Valley Dr.<br>Woodstock, GA 30188 | Employment Agreement | Rejected by 2nd Rejection Order [D.I. 182, 9/7/21] |
| Adevo LLC | Adevo LLC<br>990 Hammond Drive, Suite 700<br>Atlanta, GA 30328 | Marketing and Brand Development Services Agreement | Rejected by 1st Rejection Order [D.I. 161, 8/19/21] |
| Base Commerce, LLC (Fresno First Bank) | Fresno State Bank<br>7690 N. Palm Avenue, Suite 101<br>Fresno, CA 93711<br><br>– and –<br><br>Base Commerce<br>5055 E. Washington Street, Suite 300<br>Phoenix, AZ 85034 | Processing of credit card transactions and other ancillary transaction services | Rejected by 2nd Rejection Order [D.I. 182, 9/7/21] |
| Centivo T Holdings, LLC | Centivo T. Holdings, LLC<br>C/O Centivo Corporation<br>307 Cayuga Road, Suite 170<br>Buffalo, NY 14225<br><br>– and –<br><br>Lowenstein Sandler, LLP<br>1251 6th Ave., 17th Floor<br>New York, NY 10020<br>Attn: Anthony Pergola | Master Services Agreement | Rejected by 3rd Rejection Order [D.I. 227, 10/4/21] |

| **CONTRACT/LEASE COUNTERPARTY** | **COUNTERPARTY ADDRESS** | **CONTRACT/LEASE DESCRIPTION** | **STATUS** |
|---|---|---|---|
| Corporation Service Corporation | Corporation Service Corporation<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Registered Agent Services Contract | |
| Enrollment123, Inc. *dba* Administration123 | Enrollment 123, Inc.<br>C/O Adminstration123<br>668 N. Coast Hwy #167<br>Laguna Beach, CA 92651<br>Attn: Joe Siedel | Services Agreement | Rejected by 3rd Rejection Order [D.I. 227, 10/4/21] |
| Ensurian Agency, LLC | Ensurian Agency, LLC<br>990 Hammond Drive, Suite 700<br>Atlanta, GA 30328 | Managing National General Wholesaler Agreement | Rejected by 1st Rejection Order [D.I. 161, 8/19/21] |
| Faith Driven Life Church | Faith Driven Life Church/New Horizons Church of God in Christ<br>c/o Oliver J. Haney III<br>2822 Randall St.<br>East Point, GA 30344 | Charitable Contribution Agreement | Rejected by 2nd Rejection Order [D.I. 182, 9/7/21] |
| Forestall CPA’s | Forestall CPA’s<br>5328 Lanier Island Parkway, Suite 201<br>Buford, GA 30518-9056 | Engagement Letter | |
| Gibbons, P.C. | Gibbons, P.C.<br>One Gateway Center<br>Newark, NJ 07102-6310<br>Attn: Kevin G. Walsh, Esq. | Legal Services Engagement Letter | |
| Global Processing Partners, LLC | Global Processing Partners, LLC<br>389 Highway 21, Suite 402b<br>Madisonville, LA 70447 | Processing of ACH transactions and checks | Rejected by 2nd Rejection Order [D.I. 182, 9/7/21] |

| CONTRACT/LEASE COUNTERPARTY | COUNTERPARTY ADDRESS | CONTRACT/LEASE DESCRIPTION | STATUS |
|---|---|---|---|
| Howard S. Russell | Howard S. Russell<br>H.S. Russell Family Ministries, Inc.<br>16163 Galehouse Road<br>Doylestown, OH 44230 | Consultant Services Agreement | |
| Husch Blackwell | Husch Blackwell<br>901 St. Louis Street, Suite 1800<br>Springfield, MO 65806<br>Attn: Ginger K. Gooch, Esq. | Legal Services Engagement Letter | |
| Joy C. Spriggs | Joy C. Spriggs<br>8473 SE Pine Circle<br>Hobe Sound, FL 33455 | Employment Agreement | |
| McBrayer PLLC | McBrayer PLLC<br>201 East Main Street, Suite 900<br>Lexington, KY 40507<br>Attn: Jon A. Woodall, Esq. | Legal Services Engagement Letter | |
| MedWatch, LLC | MedWatch, LLC<br>400 Colonial Center Parkway Suite 320<br>Lake Mary, FL 32746<br>Attn: Sally-Ann Polson | Medical Management Services Agreement | Rejected by 3rd Rejection Order [D.I. 227, 10/4/21] |
| McLane Middleton | McLane Middleton<br>900 Elm Street, 10th Floor<br>Manchester, NH 03101<br>Attn: Michael A. Delaney, Esq. | Legal Services Engagement Letter | |
| Michael A. LeBrun | Michael A. LeBrun<br>Midaire, LLC<br>1930 Rand Ridge Ct., Suite B<br>Marietta, GA 30062 | Consultant Services Agreement | |

| CONTRACT/LEASE COUNTERPARTY | COUNTERPARTY ADDRESS | CONTRACT/LEASE DESCRIPTION | STATUS |
|---|---|---|---|
| Office Evolution | Office Evolution<br>821 Atlanta Street<br>Roswell, GA 30075 | Lease of Office space | Rejected by 2nd Rejection Order [D.I. 182, 9/7/21] |
| Stage2Accounting, Inc. | Stage2Accounting, Inc.<br>661 Wellington Drive<br>Winder, GA 30680 | Independent Contractor Agreement | |
| Tactic Edge Solutions, LLC | Tactic Edge Solutions, LLC<br>990 Hammond Drive, Suite 700<br>Atlanta, GA 30328 | Ancillary Services Agreement | Rejected by 1st Rejection Order [D.I. 161, 8/19/21] |
| Tactic Edge Solutions, LLC | Tactic Edge Solutions, LLC<br>990 Hammond Drive, Suite 700<br>Atlanta, GA 30328 | IT Platform Services Agreement | Rejected by 1st Rejection Order [D.I. 161, 8/19/21] |
| Three Digital Advertising | Three Digital Advertising<br>550 Pharr Road, Suite 900<br>Atlanta, GA 30305 | Advertising Contract | |
| USA Benefits & Administrators, LLC | USA Benefits & Administrators, LLC<br>990 Hammond Drive, Suite 700<br>Atlanta, GA 30328 | Administration Services Agreement | Rejected by 1st Rejection Order [D.I. 161, 8/19/21] |
| Vonage Business Inc. | Vonage Business<br>PO Box 392415<br>Pittsburgh, PA 15251-9415<br><br>– and –<br><br>Vonage Legal Dept.<br>Vonage Business<br>23 Main Street<br>Holmdel, NJ 07733 | Service Agreement | |