**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SHARITY MINISTRIES, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-11001 (JTD)<br><br>**Ref. Nos. 264 & 293** |

**NOTICE OF FILING AMENDED PLAN SUPPLEMENT**

**PLEASE TAKE NOTICE THAT** on October 14, 2021, the above captioned debtor and debtor-in-possession (the "Debtor") filed the *Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Sharity Ministries Inc.* [D.I. 264] (as may be amended, supplemented or modified, including all exhibits thereto, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that in connection with the Plan, on November 8, 2021, the Debtor filed the *Notice of Filing Plan Supplement* [D.I. 293].

[*Remainder of page intentionally left blank*]

[1] The last four digits of the Debtor's federal tax identification number is 0344. The Debtor's mailing address is 821 Atlanta Street, Suite 124, Roswell, GA 30075.

[2] All capitalized terms used herein and not otherwise defined herein shall have the respective meanings ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that in connection with the Plan, the Debtor hereby files the amended Plan Supplement, which is attached hereto as **Exhibit 1**.

Dated: November 18, 2021
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Nicolas E. Jenner*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Nicolas E. Jenner (No. 6554)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
mcguire@lrclaw.com
jenner@lrclaw.com

-and-

**BAKER & HOSTETLER LLP**

Jorian L. Rose (Admitted *pro hac vice*)
Jason I. Blanchard (Admitted *pro hac vice*)
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: jrose@bakerlaw.com
jblanchard@bakerlaw.com

Andrew V. Layden (Admitted *pro hac vice*)
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Telephone: 407) 649-4000
Facsimile: (407) 841-0168
Email: alayden@bakerlaw.com

*Counsel for the Debtor and*
*Debtor-in-Possession*