**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SHARITY MINISTRIES, INC.,[1] | Case No.: 21-11001 (JTD) |
| Debtor. | Ref. No. 343 |

**NOTICE OF (A) ENTRY OF THE ORDER (I) APPROVING THE DISCLOSURE STATEMENT ON A FINAL BASIS AND (II) CONFIRMING THE PLAN OF LIQUIDATION OF SHARITY MINISTRIES, INC. PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE; (B) THE EFFECTIVE DATE THEREOF; AND (C) CERTAIN DEADLINES**

**TO CREDITORS AND PARTIES IN INTEREST PLEASE TAKE NOTICE THAT:**

1. **Confirmation of the Plan.** On December 2, 2021, the Honorable John T. Dorsey, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Plan of Liquidation of Sharity Ministries, Inc. Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 343] (the "Confirmation Order") (i) granting final approval and confirmation of the *Combined Disclosure Statement* ("Disclosure Statement") *and Chapter 11 Plan of Liquidation of Sharity Ministries Inc.* [D.I. 315] (the "Plan," and together with the Disclosure Statement, the "Combined Plan and Disclosure Statement").[2]

2. **Effective Date of the Plan.** All conditions precedent to occurrence of the Effective Date of the Plan have been satisfied or waived. The Effective Date of the Plan occurred on December 31, 2021.

3. **Copies of the Plan and the Confirmation Order.** Copies of the Confirmation Order, Disclosure Statement, the Plan, and related documents, are available free of charge at https://bmcgroup.com/sharity, or for a fee at the Bankruptcy Court's website at www.deb.uscourts.gov. The Confirmation Order, Disclosure Statement, Plan and related documents also are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

4. **Administrative Expense Claim Bar Date.** Pursuant to paragraph 17 of the Confirmation Order, the deadline for filing proofs of claim or requests for payment of Administrative Expense Claims accruing from the Petition Date through and including the Effective Date (the "Administrative Claim Expense Requests"), other than Professional Fee

---

[1] The last four digits of the Debtor's federal tax identification number is 0344. The Debtor's mailing address is 821 Atlanta Street, Suite 124, Roswell, GA 30075.

[2] All capitalized terms used herein and not otherwise defined herein shall have the respective meanings ascribed to them in the Plan.

{1325.002-W0066387.3}

Claims, is thirty (30) days from the date of service of this Notice of Effective Date, which is **February 3, 2022**. All Administrative Expense Claim Requests must be submitted to BMC Group, Inc. (the "Claims Agent"). Administrative Expense Claim Requests will be deemed timely Filed only if **actually received** by the Claims Agent on or before **February 3, 2022** (the "Administrative Expense Claim Bar Date"). Each Administrative Expense Claim Request, including supporting documentation, must be submitted: (i) on or before the Administrative Expense Claim Bar Date, by completing the administrative proof of claim form, copies of which can be accessed at the Claims Agent's website https://bmcgroup.com/sharity, and clicking on the "File a Claim" link on the "General Info" page and following the directions given therein; or (ii) by United States mail or other hand delivery system, so as to be **actually received** by the Claims Agent on or before the applicable Bar Date at the following address:

| If by Regular Mail: | If by Messenger or Overnight Delivery: |
|---|---|
| BMC Group<br>Attn: Sharity Ministries Claims Processing<br>PO Box 90100<br>Los Angeles, CA 90009 | BMC Group<br>Attn: Sharity Ministries Claims Processing<br>3732 West 120th Street<br>Hawthorne, CA 90250 |

Administrative Expense Claims Requests may **not** be delivered by facsimile, telecopy, or electronic mail transmission to the Claims Agent, the Clerk of the Court or the Debtor.

**If you are required to File an Administrative Expense Claim Request pursuant to paragraph 17 of the Confirmation Order and fail to do so by the Administrative Expense Claims Bar Date, your untimely Administrative Expense Claim will not be considered Allowed, and you will not be treated as a creditor for purposes of distributions with respect to such claim, and you shall be entitled to no distribution under the Plan with respect to such claim.**

5. **Professional Fee Claims Bar Date.** Pursuant to paragraph 18 of the Confirmation Order, any Entity seeking an award by the Bankruptcy Court of compensation for services or reimbursement of expenses incurred in accordance with Bankruptcy Code sections 328, 330 or 331 before the Effective Date or entitled to priorities established pursuant to Bankruptcy Code sections 503(b)(2), 503(b)(3), 503(b)(4) or 503(b)(5) shall (1) File with the Clerk of the Bankruptcy Court no later than twenty-one (21) days from the date of service of this Notice of Effective Date, which is **January 25, 2022** (the "Professional Fee Claims Bar Date"), an application, including, without limitation, a final fee application, for such award of compensation or reimbursement; (2) serve a copy thereof, together with exhibits and schedules related thereto, upon (i) Co-counsel to the Debtor, Baker & Hostetler, LLP, 45 Rockefeller Plaza, New York, New York 10111 (Attn: Jorian L. Rose, Esq., jrose@bakerlaw.com, and Jason I. Blanchard, Esq., jblanchard@bakerlaw.com); Baker & Hostetler, LLP, 200 South Orange Avenue, Suite 2300, Orlando, Florida 32801 (Attn: Andrew V. Layden, Esq., alayden@bakerlaw.com); and Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801 (Attn: Matthew B. McGuire, Esq., mcguire@lrclaw.com and Nicolas E. Jenner, Esq., jenner@lrclaw.com); (ii) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, (Attn: Rosa Sierra, Esq., rosa.sierra@usdoj.gov); and (iii) Co-counsel to the Official Committee of Unsecured Creditors, Sirianni Youtz Spoonemore Hamburger PLLC, 3101 Western Avenue, Suite 350 Seattle, Washington 98121 (Attn: Eleanor Hamburger, Esq.,

ele@sylaw.com); Mehri & Skalet, PLLC, 1250 Connecticut Avenue, NW, Suite 300, Washington, D.C. 20036 (Attn: Cyrus Mehri, Esq., CMehri@findjustice.com); Stevens & Lee, P.C., 919 North Market Street, Suite 1300, Wilmington, Delaware 19801 (Attn: Joseph H. Huston, Jr., Esq., joseph.huston@stevenslee.com and David W. Giattino, Esq., david.giattino@stevenslee.com); and (3) comply with the applicable requirements for such claim.

6. **Rejection Claims Bar Date.** Pursuant to paragraph 14 of the Confirmation Order, the deadline for filing proofs of claim or requests for payment of Claims created by the rejection of executory contracts and unexpired leases pursuant to the Plan (the "Rejection Claims Requests") is thirty (30) days from the date of service of this Notice of Effective Date, which is **February 3, 2022**. All Rejection Claims must be submitted to the Claims Agent. Rejection Claims will be deemed timely Filed only if **actually received** by the Claims Agent on or before **February 3, 2022** (the "Rejection Claims Bar Date"). Each Rejection Claim Request, including supporting documentation, must be submitted: (i) on or before the Rejection Claims Bar Date, by completing the proof of claim form, copies of which can be accessed at the Claims Agent's website https://bmcgroup.com/sharity, and clicking on the "File a Claim" link on the "General Info" page and following the directions given therein; or (ii) by United States mail or other hand delivery system, so as to be **actually received** by the Claims Agent on or before the Rejection Claims Bar Date at the following address:

| If by Regular Mail: | If by Messenger or Overnight Delivery: |
|---|---|
| BMC Group<br>Attn: Sharity Ministries Claims Processing<br>PO Box 90100<br>Los Angeles, CA 90009 | BMC Group<br>Attn: Sharity Ministries Claims Processing<br>3732 West 120th Street<br>Hawthorne, CA 90250 |

Rejection Claims Requests may **not** be delivered by facsimile, telecopy, or electronic mail transmission to the Claims Agent, the Clerk of the Court or the Debtor. Absent order of the Court to the contrary, any Rejection Claims Requests not Filed by the Rejection Claims Bar Date will not be considered Allowed and such person or entity shall not be treated as a creditor for purposes of distributions under the Plan with respect to such claim.

7. **Post-Effective Date Notice.** Pursuant to Article IX, Section F of the Plan, after the Effective Date, to continue to receive notice of documents pursuant to Bankruptcy Rule 2002, all Creditors and other parties in interest (except those listed in the following sentence) must file a renewed notice of appearance requesting receipt of documents pursuant to Bankruptcy Rule 2002. After the Effective Date, the Liquidating Trustee is authorized to limit the list of parties in interest receiving notice of documents pursuant to Bankruptcy Rules 2002 to the Office of the United States Trustee, the States, and those parties in interest who have filed such renewed requests; provided, however, that the Liquidating Trustee also shall serve any known parties directly affected by or having a direct interest in, the particular filing in accordance with Local Rule 2002-1(b). Notice given in accordance with the foregoing procedures shall be deemed adequate pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

8. **Binding Nature of Plan.**  The Plan and its provisions are binding on the Debtor and any holder of a Claim against, or Interest in, the Debtor, and such holder's respective heirs, executors, administrators, successors or assigns, whether or not the Claim or Interest of such holder is impaired by the Plan and whether or not such holder voted to accept or reject the Plan.

Dated: January 4, 2022
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

 /s/ Nicolas E. Jenner
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Nicolas E. Jenner (No. 6554)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
      mcguire@lrclaw.com
      jenner@lrclaw.com

-and-

**BAKER & HOSTETLER LLP**

Jorian L. Rose (Admitted *pro hac vice*)
Jason I. Blanchard (Admitted *pro hac vice*)
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: jrose@bakerlaw.com
      jblanchard@bakerlaw.com

Andrew V. Layden (Admitted *pro hac vice*)
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Telephone: 407) 649-4000
Facsimile: (407) 841-0168
Email: alayden@bakerlaw.com

*Counsel for the Debtor and*
*Debtor-in-Possession*